AO 450 (Rev. 5/99) Judgment in a Civil Case

FILED
OCT 24 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# United States District Court
## Western District of Texas

Juana Yadira Escamilla,
Plaintiff,

v.

2046252 Ontario, INC D/B/A/DS Trucking and
Reece Garrett Oliver
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-17-CV-038-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court is the parties' Agreed Motion to Dismiss with Prejudice. (ECF No. 25.) After reviewing the motion, is it hereby ORDERED that the motion is GRANTED. All claims against the Defendants 2046252 Ontario, Inc. d/b/a DS Trucking and Reece Garrett Oliver are DISMISSED WITH PREJUDICE, with each party to bear its own costs. It is further ORDERED that a clerk's judgment shall issue immediately, terminating the present cause of action and any pending motions.

October 24, 2018                              Jeannette J. Clack
Date                                          Clerk

                                              _Santos_
                                              (By) Deputy Clerk